**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 12-cv-03318-CMA-GPG

KITTY KIRKWOOD,

    Plaintiff,

v.

WAL-MART STORES, INC., and
WAL-MART REAL ESTATE BUSINESS TRUST, and John Doe,
   an unknown employee of Wal-Mart Store, Inc.

    Defendants.

---

**ORDER GRANTING DISMISSAL OF DEFENDANT
WAL-MART REAL ESTATE BUSINESS TRUST**

---

This matter is before the Court on Plaintiff's Motion to Dismiss Party With Prejudice (Doc. # 12).  The Court has reviewed the Motion and ORDERS as follows:

Defendant Wal-Mart Real Estate Business Trust is hereby DISMISSED WITH PREJUDICE, each party to pay her or its own attorneys fees and costs.  It is

FURTHER ORDERED that the caption on all subsequent filings shall reflect the removal of Wal-Mart Real Estate Business Trust as a Defendant in this case.

DATED:  February __04__, 2013

                                            BY THE COURT:

                                            _____
                                            CHRISTINE M. ARGUELLO
                                            United States District Judge