# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Judge Raymond P. Moore

**Civil Action No. 12-cv-03318-RM-GPG**

KITTY KIRKWOOD,

    Plaintiff,

v.

WAL-MART STORES, INC., and JOHN DOE, an unknown employee of WAL-MART STORES, INC.

    Defendants.

## ORDER DISMISSING CASE WITH PREJUDICE

The Court, having reviewed the Motion for Dismissal with Prejudice and being fully advised, hereby ORDERS as follows:

1. The above-captioned matter is DISMISSED WITH PREJUDICE; and
2. Each party shall bear her or its own costs and attorneys' fees.

DATED this 23rd day of July, 2013.

                      BY THE COURT:

                      _____
                      RAYMOND P. MOORE
                      United States District Judge