**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

**Civil Action No. 12-cv-03318-RM-GPG**

KITTY KIRKWOOD,

      Plaintiff,

v.

WAL-MART STORES, INC., and JOHN DOE, an unknown employee of WAL-MART
STORES, INC.

      Defendants.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

---

    The Court, having reviewed the Motion for Dismissal with Prejudice and being fully

advised, hereby ORDERS as follows:

    1.   The above-captioned matter is DISMISSED WITH PREJUDICE; and

    2.   Each party shall bear her or its own costs and attorneys' fees.

DATED this 23rd day of July, 2013.

                    BY THE COURT:

                    _____

                    RAYMOND P. MOORE
                    United States District Judge